**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7002**

———————

WILLIAM LAWRENCE SATTERWHITE, JR.,

                                        Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-99-860-3)

———————

Submitted:  October 26, 2000        Decided:  November 2, 2000

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

William Lawrence Satterwhite, Jr., Appellant Pro Se. Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia; Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Lawrence Satterwhite, Jr., appeals the magistrate judge's order denying relief on his 28 U.S.C. § 2241 (1994) petition.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the magistrate judge. See <u>Satterwhite v. United States</u>, No. CA-99-860-3 (E.D. Va. July 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 2000).

2